IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 11 PM 4:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                              NO. 02-20029-Ma

DOYCE ELLIOTT HUNT,

    Defendant.

---

ORDER DENYING MOTION

---

    The defendant, Doyce Elliott Hunt, filed a document with the court on June 23, 2005, entitled "Defendant's Motion to Order the United States Marshall's [sic] Service for Him to Travel With His Legal Documents." Mr. Hunt is represented by counsel. He is not *pro se*. The court finds that this motion is without merit and should be denied and instructs the defendant not to file any further documents *pro se*. The court instructs the clerk not to accept any *pro se* filings from this defendant.

    It is so ORDERED this 11th day of July, 2005.

                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05

194

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 194 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT