IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 30 PM 5:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 02-20029-Ma

DOYCE ELLIOTT HUNT,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE RE-SENTENCING HEARING

---

Before the court is the August 26, 2005, motion by Doyce Elliott Hunt, to reset the re-sentencing hearing presently set on August 31, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on re-sentencing is **reset** to **Monday, October 3, 2005, at 9:00 a.m.**

It is so ORDERED this 30th day of August, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 199 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT