FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT -3 PM 3:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                               NO. 02-20029-Ma

DOYCE ELLIOTT HUNT,

    Defendant.

---

ORDER RESETTING RE-SENTENCING DATE

---

Before the court is the defendant's September 26, 2005, unopposed motion to reset the re-sentencing of Doyce Elliott Hunt, which is presently set for October 3, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Doyce Elliott Hunt is **reset to Thursday, November 3, 2005, at 1:30 p.m.**

It is so ORDERED this 3d day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10-5-05___

202

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 202 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT