FILED BY ___ D.C.

05 OCT 27 PM 4:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X X X | |
| Plaintiff, | X X | |
| vs. | X X | Cr. No. 02-20029-Ma |
| DOYCE ELLIOT HUNT, | X X | |
| Defendant. | X X X | |

ORDER DENYING MOTION FOR RECUSAL AS MOOT

On April 25, 2004, defendant Doyce Hunt, Bureau of Prisons registration number 18118-076, an inmate at the Federal Medical Center in Forth Worth, Texas, filed a _pro se_ motion requesting recusal of April Goode, his appointed Federal Defender. Hunt captioned the motion with both his district court and appellate court case styles. Hunt also filed the motion with the Sixth Circuit in his pending appeal. Goode opposed the motion, which was ultimately denied by the Sixth Circuit on June 11, 2004, as moot. Hunt's motion was properly filed with and considered by the Sixth Circuit Court of Appeals. This Court was without any jurisdiction to entertain this motion and it is DENIED as moot.

IT IS SO ORDERED this 26th day of October, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-31-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT