IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            Cr. No. 02-20029-Ma

DOYCE ELLIOTT HUNT,

    Defendant.

*Filed in Open Court 11-3-05 jlee*

---

ORDER RELIEVING THE FEDERAL PUBLIC DEFENDER
FROM FURTHER REPRESENTATION OF DEFENDANT

---

THIS CAUSE came before this Court, as to the continuing representation of the defendant by the Office of the Federal Public Defender.

The Court having heard the positions of the defendant and counsel, herewith finds good cause to relieve the Office of the Federal Public Defender from further representation of the defendant. New counsel will be appointed pursuant to the Criminal Justice Act.

IT IS SO ORDERED.

11/3/05
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-10-2005

208

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 208 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT