IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 NOV 10 AM 9:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | No. 02-20029-Ma |
| DOYCE HUNT, | X | |
| Defendant. | X | |

ORDER TO RESPOND TO RULE 41(e) MOTION

The defendant, Doyce Hunt, filed an irregular pro se motion seeking the return of property seized during his arrest. The Court construes the motion as one under Fed. R. Crim. P. 41(e). The United States Attorney shall file a response to the motion within fifteen (15) days of the entry of this order. The Clerk of Court shall provide a copy of this order and the motion to the United States Attorney.

IT IS SO ORDERED this 26th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-15-05

210

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 210 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT