IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -1  PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 02-20029-Ma

DOYCE ELLIOTT HUNT,

   Defendant.

---

ORDER DENYING MOTION TO RETURN PROPERTY TO DEFENDANT

---

Before the court is defendant Doyce Elliott Hunt's May 3, 2004, motion requesting the return of certain property seized at the time of his arrest[1]. Having considered defendant's request and the response filed by the government, the court finds that the motion is not well taken and should be DENIED without prejudice. Defendant may renew his motion at such time as the government no longer has a continuing interest in the property.

It is so ORDERED this 1st day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Docket Entry No. 188 is a letter dated April 27, 2004, written to the court by the defendant. The letter is construed as a motion for the return of property.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-6-05

214

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 214 in case 2:02-CR-20029 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Doyce Elliott Hunt
FMC-FORT WORTH
18118-076
P.O. Box 15330
Fort Worth, TX 76119--533

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT